UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 15, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JESSICA CORRO, ) <br> ) <br> Defendant. ) | Case No. 2:15-mj-00142-CKD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, JESSICA CORRO, Case No. 2:15-mj-00142-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

     X    Bail Posted in the Sum of: $100,000.00

         X    Co-Signed Unsecured Appearance Bond

        ___   Secured Appearance Bond

     X    (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 7/15/2015 at 3:45 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge