UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RAFAEL MARTINEZ, ET AL.,<br><br>　　　　　Defendant. | No. 2:15-CR-00140-MCE<br><br><br>**RELATED CASE ORDER** |
|---|---|

　　　　The Court received the Notice of Related Case filed on August 20, 2015.

　　　　Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same defendant and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

　　　　Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

　　　　The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is affected.

///

1   IT IS THEREFORE ORDERED that the action denominated 2:10-CR-00513 is reassigned to Chief Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in 2: 2:10-CR-00513 are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned shall be shown as 2:10-CR-00513-MCE.  The admit deny hearing is set on September 3, 2015, at 9:00 a.m. in courtroom 7.

   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of cases to compensate for this reassignment.

   IT IS SO ORDERED.

DATED:  August 24, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT