JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JAMIE RAMON FUENTES MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTINEZ et al.,

    Defendants.

No. CR-S-15-140 MCE

STIPULATION REGARDING
EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT;
ORDER

Date:  January 7, 2016
Time:  9:00 a.m.
Judge: Honorable Morrison C. England, Jr.

    The United States of America through its undersigned counsel, Paul A. Hemesath, Assistant United States Attorney, together with counsel for defendant Rafael Pahua Martinez, Michael M. Rooney, Esq., counsel for defendant Jamie Ramon Fuentes Martinez, John R. Manning, Esq., counsel for defendant Rafael Pahua-Mejia, Gilbert A. Roque, Esq., counsel for defendant Miguel Mejia Servin, Clemente M. Jimenez, Esq., counsel for defendant Jessica Corro, Todd D. Leras, Esq., and counsel for defendant Gladys Mondragon, Hayes H. Gable, III, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on November 6, 2015.

2. By this stipulation, defendants now move to continue the status conference until January 7, 2016 and to exclude time between November 6, 2015 and January 7, 2016 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

1

   a. Currently, the government has provided approximately 150 pages of reports, 976 audio files, 204 pages of transcripts, 13,493 Google Earth files, and hundreds of pages of call logs.
   b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.
   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   d. The government does not object to the continuance.
   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of November 6, 2015, to January 7, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 30, 2015                                         /s/ Michael M. Rooney
                                                                 MICHAEL M. ROONEY
                                                                 Attorney for Defendant
                                                                 Rafael Pahua Martinez

| | |
|---|---|
| Dated:  October 29, 2015 | /s/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Jamie Ramon Fuentes Martinez |
| Dated:  October 29, 2015 | /s/ Gilbert A. Roque<br>GILBERT A. ROQUE<br>Attorney for Defendant<br>Rafael Pahua-Mejia |
| Dated:  October 29, 2015 | /s/ Clemente M. Jimenez<br>CLEMENTE M. JIMENEZ<br>Attorney for Defendant<br>Miguel Mejia Servin |
| Dated:  October 29, 2015 | /s/ Todd D. Leras<br>TODD D. LERAS<br>Attorney for Defendant<br>Jessica Corro |
| Dated:  October 29, 2015 | /s/ Hayes H. Gable, III<br>HAYES H. GABLE, III<br>Attorney for Defendant<br>Gladys Mondragon |
| Dated: October 29, 2015 | Benjamin B. Wagner<br>United States Attorney<br><br>by:/s/   Paul A. Hemesath<br>PAUL A. HEMESATH<br>Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

DATED:  November 10, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT