LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JESSICA CORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JESSICA CORRO,<br><br>          Defendant. | Case No.: 2:15-CR-140 MCE<br><br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |

     Defendant Jessica Corro is presently released on pre-trial conditions after being charged by Indictment as a participant in a conspiracy to distribute methamphetamine.  The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, and Defendant Jessica Corro by and through her attorney Todd D. Leras, stipulate as follows:

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITION

1. Following a continued detention hearing, held on July 15, 2015, United States Magistrate Judge Edmund F. Brennan ordered Jessica Corro released on a $100,000 co-signed unsecured bond and various special conditions of release. One condition of release, Special Condition Number 13, required Ms. Corro to participate in a location monitoring program using a radio frequency transmitter device (hereafter referred to as the "electronic monitoring condition").

2. Ms. Corro presently lives with her mother in a residence located in Anaheim, California. Her electronic monitoring condition is therefore subject to courtesy supervision by a pre-trial services officer in the Central District of California.

3. On November 13, 2015, Location Monitoring Specialist Amaryllis Gonzalez with Pre-Trial Services in the Eastern District of California contacted the assigned prosecutor and Ms. Corro's counsel by email. Officer Gonzalez reported that Ms. Corro has maintained stable employment, reports as directed, and has no sustained substantive violations since her release on July 15, 2015. Officer Gonzalez inquired as to whether the parties would agree to removal of the electronic monitoring condition provided all other release conditions remain in full force and effect.

4. On December 3, 2015, Assistant U.S. Attorney Paul Hemesath sent a reply email to Officer Gonzalez and defense counsel. AUSA Hemesath indicated that after having an opportunity to review the matter and confer with the investigating officer regarding the proposal, the government had no objection to removal of the electronic monitoring condition.

The parties therefore request modification of Ms. Corro's Special Conditions of Release

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITION

to remove Special Condition Number 13 relating to electronic monitoring.  All other general and special conditions of release ordered by United States Magistrate Judge Edmund F. Brennan on July 15, 2015 remain in full force and effect.  Assistant U.S. Attorney Paul Hemesath has reviewed this stipulation and proposed order and authorized Todd Leras to sign it on his behalf.

DATED:  December 7, 2015

By    Todd D. Leras for
      PAUL HEMESATH
      Assistant United States Attorney

DATED:  December 4, 2015

By    /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      JESSICA CORRO

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITION

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition 13, requiring Defendant Jessica Corro to participate in electronic monitoring as a condition of her pre-trial release is eliminated. All other general and special conditions of release imposed by this Court on July 15, 2015 remain in full force and effect.

Dated: December 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL RELEASE CONDITION