LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JESSICA CORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA CORRO,<br><br>Defendant. | Case No.: 2:15-CR-140 MCE<br><br>SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE (REMOVAL OF CURFEW) |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, and Defendant Jessica Corro by and through her attorney Todd D. Leras, stipulate as follows:

1. On December 8, 2015, United States Magistrate Judge Carolyn K. Delaney signed an order removing a previously imposed special condition of release requiring that Defendant Jessica Corro participate in an electronic location monitoring program.

SUPPLEMENTAL ORDER MODIFYING
PRE-TRIAL RELEASE CONDITION

2. Location Monitoring Specialist Amaryllis Gonzalez with Pre-Trial Services in the Eastern District of California initially requested that the parties consider removal of the electronic location monitoring program condition on the grounds that while subject to pre-trial release conditions Ms. Corro had maintained stable employment, reported as directed, and had no sustained substantive violations.

3. Following removal of the electronic location monitoring program condition, Officer Gonzalez noticed that Special Condition 14, imposing a curfew every evening from 8 p.m. to 6:00 a.m., remained in full force and effect.  This curfew condition was enforced through use of the electronic location device.  It is therefore no longer necessary in light of removal of the condition requiring that Ms. Corro submit to location monitoring.

4. Pre-Trial Services is requesting that the curfew condition imposed through Special Condition of Release 14 be removed.  The government has no opposition to this request based on removal of the previously-imposed electronic location monitoring condition.

The parties therefore request modification of Ms. Corro's Special Conditions of Release to remove Special Condition Number 14 relating to imposition of a curfew.  All other general and special conditions of release previously-ordered by United States Magistrate Judge Edmund F. Brennan on July 15, 2015 (other than electronic location monitoring and the curfew) remain in full force and effect.  Assistant U.S. Attorney Paul Hemesath has reviewed this stipulation and proposed order and authorized Todd Leras to sign it on his behalf.

SUPPLEMENTAL ORDER MODIFYING
PRE-TRIAL RELEASE CONDITION

1  DATED: December 15, 2015

        By   Todd D. Leras for
              PAUL HEMESATH
              Assistant United States Attorney

DATED: December 9, 2015

        By   /s/ Todd D. Leras
              TODD D. LERAS
              Attorney for Defendant
              JESSICA CORRO

SUPPLEMENTAL ORDER MODIFYING
PRE-TRIAL RELEASE CONDITION

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition 14, requiring Defendant Jessica Corro be subject to a curfew each evening from 8 p.m. to 6:00 a.m., is removed. All other general and special conditions of release imposed by this Court on July 15, 2015, with the exception of the subsequently removed electronic monitoring condition, remain in full force and effect.

DATED: December 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SUPPLEMENTAL ORDER MODIFYING
PRE-TRIAL RELEASE CONDITION