JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JAMIE RAMON FUENTES MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-15-140 MCE |
| Plaintiff, | ) ) ) | STIPULATION REGARDING EXCLUDABLE TIME PERIODS |
| v. | ) ) ) | UNDER SPEEDY TRIAL ACT; ORDER |
| MARTINEZ et al., | ) ) | Date:  November 3, 2016 |
| Defendants. | ) ) ) | Time:  10:00 a.m. Judge: Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Amanda Beck, Assistant United States Attorney, together with counsel for defendant Rafael Pahua Martinez, Michael M. Rooney, Esq., counsel for defendant Jamie Ramon Fuentes Martinez, John R. Manning, Esq., counsel for defendant Miguel Mejia Servin, Clemente M. Jimenez, Esq., counsel for defendant Jessica Corro, Todd D. Leras, Esq., and counsel for defendant Gladys Mondragon, Hayes H. Gable, III, Esq., hereby stipulate the following:

1.  By previous order, this matter was set for status conference on September 22, 2016.

2.  By this stipulation all defendants, except Rafael Pahua-Mejia, now move to continue the status conference until November 3, 2016 and to exclude time between September 22, 2016 and November 3, 2016 under the Local Code T-4 (to allow defense counsel time to prepare). Defendant Rafael Pahua-Mejia wishes to remain on the calendar.

3. The parties agree and stipulate, and request the Court find the following:

   a. Currently, the government has provided approximately 150 pages of reports, 976 audio files, 204 pages of transcripts, 13,493 Google Earth files, and hundreds of pages of call logs.

   b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 22, 2016, to November 3, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 19, 2016                    /s/  Michael M. Rooney
                                              MICHAEL M. ROONEY
                                              Attorney for Defendant
                                              Rafael Pahua Martinez

Dated:  September 15, 2016                    /s/  John R. Manning
                                              JOHN R. MANNING
                                              Attorney for Defendant
                                              Jamie Ramon Fuentes Martinez

Dated:  September 15, 2016                    /s/  Clemente M. Jimenez
                                              CLEMENTE M. JIMENEZ
                                              Attorney for Defendant
                                              Miguel Mejia Servin

Dated:  September 19, 2016                    /s/  Todd D. Leras
                                              TODD D. LERAS
                                              Attorney for Defendant
                                              Jessica Corro

Dated:  September 16, 2016                    /s/  Hayes H. Gable, III
                                              HAYES H. GABLE, III
                                              Attorney for Defendant
                                              Gladys Mondragon

Dated: September 15, 2016                     Phillip A. Talbert
                                              Acting United States Attorney

                                              by:   /s/  Amanda Beck
                                              AMANDA BECK
                                              Assistant U.S. Attorney

**ORDER**

   IT IS SO ORDERED.

Dated: September 21, 2016

                                              _____
                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE