LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JESSICA CORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSICA CORRO, and GLADYS MONDRAGON,<br><br>    Defendants. | Case No.: 2:15-CR-140 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     February 22, 2018<br>Time:    10:00 a.m.<br>Court:    Hon. Morrison C. England, Jr. |

   This matter is presently set for a status conference on December 14, 2017.  The parties had previously set a status conference for December 7, 2017, including an exclusion of time to that date.  The Court subsequently issued a minute order continuing the matter for one week to December 14, including an invitation for the parties to file an appropriate document regarding exclusion of time.

ORDER CONTINUING STATUS CONFERENCE

The case involves allegations of transportation and distribution of controlled substances involving locations ranging from Southern California, Nevada, Utah, and this district. The investigation included a court-authorized wiretap to investigate a drug trafficking organization believed to be based out of Redding, California. The arrest of Ms. Mondragon and Ms. Corro occurred in Orland, California, approximately 100 miles from Sacramento. Ms. Corro and Ms. Mondragon reside in Southern California. Investigation of the events surrounding their alleged participation in this case therefore involves an extensive area spanning at least three states.

Attorney Tasha Chalfant replaced Gladys Mondragon's original counsel, Hayes Gable, earlier this year when Mr. Gable started treatment for cancer. Counsel for Ms. Mondragon and Ms. Corro have provided the government with defense investigation information to consider regarding potential resolution of this matter. They are also engaged in continuing investigation of this matter.

Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, and Attorney Tasha Chalfant on behalf of Defendant Gladys Mondragon, and Attorney Todd D. Leras on behalf of Defendant Jessica Corro, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for December 14, 2017. The parties request to continue the status conference to February 22, 2018, at 10:00 a.m., and to exclude time between December 7, 2017 and February 22, 2018 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case and the extensive geographical distance between locations relevant to this investigation, defense counsel for Ms. Mondragon

ORDER CONTINUING STATUS CONFERENCE

and Ms. Corro are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. Defense counsel for Ms. Mondragon and Ms. Corro represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 7, 2017 to February 22, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Paul Hemesath and Attorney Tasha Chalfant have reviewed this

ORDER CONTINUING STATUS CONFERENCE

proposed order and authorized Todd Leras to sign it on their behalf.

DATED: December 12, 2017

                                          By    Todd D. Leras for
                                                  PAUL A. HEMESATH
                                                  Assistant United States Attorney

DATED: December 12, 2017

                                          By    /s/ Todd D. Leras for
                                                  TASHA CHALFANT
                                                  Attorney for Defendant
                                                  GLADYS MONDRAGON

DATED: December 12, 2017

                                          By    /s/ Todd D. Leras
                                                  TODD D. LERAS
                                                  Attorney for Defendant
                                                  JESSICA CORRO

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that the status conference in this matter, scheduled for December 7, 2017, is vacated and continued to February 22, 2018, at 10:00 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 14, 2017, up to and including February 22, 2018.

IT IS SO ORDERED.

Dated:  January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE