LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JESSICA CORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JESSICA CORRO,<br><br>   Defendant. | Case No.: 2:15-CR-140 MCE<br><br>WAIVER OF PERSONAL APPEARANCE AND ORDER |

  Jessica Corro, defendant in the above-entitled action, hereby waives her right to be present in open court as provided in Rule 43 of the Federal Rules of Criminal Procedure for any status conference or motion hearing in this matter. The appearance waiver includes any appearance involving a continuance either before or after trial, including a hearing at which a trial date is selected. The waiver does not extend to arraignment, entry of plea, change of plea, or any trial stage from impanelling a jury to verdict, nor does it apply to imposition of sentence.

WAIVER OF APPEARANCE

The defendant requests that the Court proceed during every permitted absence as set out in the preceding paragraph. Defendant agrees that her interests will be deemed represented at all times by the presence of her attorney in the same manner as if she were personally present in court. She further agrees that she will be present in court and ready for trial of the matter on any day or hour that the Court may fix in her absence.

Defendant acknowledges that she has been informed of her rights under the Speedy Trial Act (Title 18, United States Code, Sections 3161-3174). Defendant expressly authorizes her attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of her being personally present.

DATED: June 27, 2018

By    /s/ Jessica Corro
JESSICA CORRO
Defendant

I agree with and consent to Defendant Jessica Corro's waiver of personal appearance at future proceedings.

DATED: June 27, 2018

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
JESSICA CORRO

IT IS SO ORDERED.

Dated: June 28, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WAIVER OF APPEARANCE