LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JESSICA CORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA CORRO,<br><br>Defendant. | Case No.: 2:15-CR-140 MCE<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |

Defendant Jessica Corro is presently released on pre-trial conditions after being charged by Indictment as a participant in a conspiracy to distribute methamphetamine. Her release conditions include drug and/or alcohol testing as directed by her pretrial services officer (Special Condition Number 10, Docket Entry 15). The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, and Defendant Jessica Corro by and through her attorney Todd D. Leras, stipulate as follows:

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

1. Following a continued detention hearing, held on July 15, 2015, Chief United States Magistrate Judge Edmund F. Brennan ordered Jessica Corro released on a $100,000 co-signed unsecured bond and various special conditions of release.

2. Ms. Corro lives in Southern California and is presently supervised by a pretrial services officer in the Central District of California.

3. On August 22, 2018, Pretrial Services Officer Alicia Mirgain notified the parties that Ms. Corro submitted to a drug test that returned with a positive screen for cocaine on July 31, 2018. Given Ms. Corro's compliance with her conditions no formal action is requested as to her release status. Pretrial Services has increased the frequency of Ms. Corro's drug testing and is requesting the addition of a term providing for outpatient counseling.

The parties therefore request modification of Ms. Corro's Special Conditions of Release to add outpatient counseling as directed by the pretrial services officer.

Assistant U.S. Attorney Paul Hemesath has reviewed this stipulation and proposed order and authorized (via email) Todd Leras to sign it on his behalf.

DATED: August 23, 2018

By <u>    Todd D. Leras for         </u>
PAUL HEMESATH
Assistant United States Attorney

DATED: August 23, 2018

By <u>    /s/ Todd D. Leras          </u>
TODD D. LERAS
Attorney for Defendant
JESSICA CORRO

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the following Special Condition of Release be added to Ms. Corro's release conditions:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based on your ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED.

DATED: August 24, 2018

HONORABLE EDMUND F. BRENNAN
CHIEF UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS