LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JESSICA CORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSICA CORRO,<br><br>    Defendant. | Case No.: 2:15-CR-140 MCE<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |

Defendant Jessica Corro is presently released on pre-trial conditions after being charged by Indictment as a participant in a conspiracy to distribute methamphetamine. Her release conditions include outpatient counseling (ECF Entry 210). The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, and Defendant Jessica Corro by and through her attorney Todd D. Leras, stipulate as follows:

1. Following a continued detention hearing, held on July 15, 2015, Chief United States

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

Magistrate Judge Edmund F. Brennan ordered Jessica Corro released on a $100,000 co-signed unsecured bond and various special conditions of release.

2. Ms. Corro lives in Southern California and is presently supervised by Pre-Trial Services Officer Vanessa Singh in the Central District of California. Ms. Corro submitted to a drug test that returned with a positive screen for cocaine on July 31, 2018. Pre-trial services took no formal action as to her release status at that time, but requested the addition of a term providing for outpatient counseling. Ms. Corro has complied with the counseling condition and continues to test negative for controlled substances.

3. Pre-Trial Services Officer Singh indicates that her office is requesting removal of the outpatient counseling condition.

The parties therefore request modification of Ms. Corro's Special Conditions of Release to remove the outpatient counseling condition.

Assistant U.S. Attorney Paul Hemesath has reviewed this stipulation and proposed order and authorized (via email) Todd Leras to sign it on his behalf.

DATED: September 23, 2019

By <u>   Todd D. Leras for   </u>
PAUL HEMESATH
Assistant United States Attorney

DATED: September 23, 2019

By <u>   /s/ Todd D. Leras   </u>
TODD D. LERAS
Attorney for Defendant
JESSICA CORRO

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition of Release in ECF Entry Number 210 requiring Jessica Corro to participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer be removed. All other release conditions shall remain in effect.

IT IS SO ORDERED.

DATED: September 24, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS