McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                    v.<br><br>JESSICA CORRO, and<br>GLADYS MONDRAGON,<br><br>                           Defendants. | CASE NO. 2:15-CR-140-MCE<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 18, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 18, 2021.  The Court subsequently reset the status conference to March 18, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until April 22, 2021, and to exclude time between February 18, 2021, and April 22, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and other evidence.  All of this discovery, that is in the possession of the government, has been either produced directly to counsel and/or made available for

inspection and/or copying.

b)      Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with his/her client, to prepare pretrial motions.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 18, 2021 to April 22, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 24, 2021                    McGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ PAUL HEMESATH
                                             PAUL HEMESATH
                                             Assistant United States Attorney


Dated:  February 24, 2021                    /s/ TODD D. LERAS
                                             TODD D. LERAS
                                             Counsel for Defendant
                                             JESSICA CORRO


Dated:  February 24, 2021                    /s/ TASHA PARIS CHALFANT
                                             TASHA PARIS CHALFANT
                                             Counsel for Defendant
                                             GLADYS MONDRAGON


### ORDER

IT IS SO ORDERED.

Dated:  February 25, 2021


                                             MORRISON C. ENGLAND, JR.
                                             SENIOR UNITED STATES DISTRICT JUDGE