LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JESSICA CORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-0140 MCE |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| JESSICA CORRO, and GLADYS MONDRAGON, | Court:   Hon. Morrison C. England, Jr. |
| Defendants. | Date:   October 21, 2021 |
| | Time:   10:00 a.m. |

     This matter is currently set for Sentencing Hearing for Defendants Jessica Corro and Gladys Mondragon on October 21, 2021. The parties request to continue the matter for a Sentencing Hearing on January 27, 2022. Defendant Mondragon has completed her probation

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

interview and a Draft Pre-Sentence Investigation Report has been prepared for her matter. Defendant Corro has not yet completed her probation interview.

Defendant Mondragon requests continuance of her Sentencing Hearing due to a personal health situation. Defendant Corro also requests continuance of the Sentencing Hearing and setting of a disclosure schedule for her matter. The assigned probation officer has confirmed her availability for January 27, 2022.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date for Defendant Corro:  December 16, 2021;

2. Informal Objections to Draft Pre-Sentence Report:  December 30, 2021;

3. Final Pre-Sentence Report Date:   January 6, 2022;

4. Motion for Correction Date:  January 13, 2022; and

5. Reply Date:  January 20, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Paul Hemesath has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  October 19, 2021

By   */s/ Todd D. Leras for*
      PAUL A. HEMESATH
      Assistant United States Attorney

DATED:  October 19, 2021

By   */s/ Todd D. Leras*
      TODD D. LERAS
      Attorney for Defendant
      JESSICA CORRO

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

DATED: October 19, 2021     By    /s/ Todd D. Leras for
                                  TASHA CHALFANT
                                  Attorney for Defendant
                                  GLADYS MONDRAGON

## ORDER

The Sentencing Hearing, set for October 21, 2021, is vacated. The Judgment and Sentencing Hearing in this matter is set on January 27, 2022, at 10:00 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: 10/28/2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER SETTING SENTENCING HEARING AND PSR DISCLOSURE SCHEDULE