LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JESSICA CORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA CORRO,<br><br>Defendant. | Case No.: 2:15-cr-00140-TLN-5<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court: Hon. Troy L. Nunley |

This matter was previously set by stipulation for a Sentencing Hearing to be held on January 17, 2022, before Senior United States District Judge Morrison C. England, Jr.  On November 9, 2021, the Chief Judge by Minute Order (ECF Docket Entry 321) reassigned this matter to this Court, vacated all hearing dates, and directed the parties to re-schedule any

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

hearings.

The parties, pursuant to the Chief Judge's Minute Order, request to set the Sentencing Hearing for Ms. Corro on June 16, 2022. The parties further request to the following Pre-Sentence Investigation Report ("PSR") Disclosure Schedule:

1. Draft PSR Disclosure Date: **May 5, 2022**;

2. Informal Objections to Draft Pre-Sentence Report: **May 19, 2022**;

3. Final Pre-Sentence Report Date: **May 26, 2022**;

4. Motion for Correction Date: **June 2, 2022**; and

5. Reply Date: **June 9, 2022**.

The assigned probation officer has confirmed her availability for June 16, 2022. This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Paul Hemesath has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: February 16, 2022

By    /s/ Todd D. Leras for
PAUL A. HEMESATH
Assistant United States Attorney

DATED: February 16, 2022

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
JESSICA CORRO

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

# ORDER

The Sentencing Hearing in this matter is **SET** on **June 16, 2022, at 9:30 a.m**. The Court **ADOPTS** the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: February 17, 2022

_____
Troy L. Nunley
United States District Judge

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE